# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHEILA ANN BRADLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:24-cv-00818 |
| ) | Judge Trauger |
| MARTIN J. O'MALLEY, Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

On January 16, 2025, the Magistrate Judge issued a Report and Recommendation (Doc No. 23), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 12) is DENIED, and the decision of the Commissioner is AFFIRMED.

The Clerk shall enter judgment in accordance with Rule 58, Federal Rules of Civil Procedure.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge